## Commonwealth *v.* Owens, Appellant.

788

Submitted March 13, 1972. *Arthur K. Dils,* Assistant Public Defender, for appellant; *Robert C. Spitzer,* Assistant District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Order affirmed.